UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALVIN JACKSON, EMMANUEL JEAN JOSEPH, and XAVIER VEAL,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendant. | Civil Action No. 24-CV-3818<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Alvin Jackson, Emmanuel Jean Joseph, and Xavier Veal (collectively, "Plaintiffs") and Defendant American Airlines, Inc. ("Defendant"), stipulate to the dismissal with prejudice of Plaintiffs' claims against Defendant in this case.

DATED:  December 19, 2024

RESPECTFULLY SUBMITTED:

/s/
_____

O'MELVENY & MYERS LLP
Mark W. Robertson (S.B. #4508248)
mrobertson@omm.com
1301 Avenue of the Americas, 17th floor
New York, NY 10019
(212) 326-2000

Tristan Morales (*pro hac vice*)
Anwar Graves (*pro hac vice*)
tmorales@omm.com
agraves@omm.com
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300

*Counsel for Defendant*

/s/
_____

OUTTEN & GOLDEN LLP
Lindsay M. Goldbrum
lgoldbrum@outtengolden.com
685 Third Avenue, 25th Floor
New York, NY 10017
(347) 390-2119

Susan E. Huhta (*pro hac vice*)
shuhta@outtengolden.com
1225 New York Avenue NW, Suite 1200B
Washington, DC 20005
(202) 847-4414

PUBLIC CITIZEN LITIGATION GROUP
Michael T. Kirkpatrick (*pro hac vice*)
Lauren E. Bateman (*pro hac vice*)
mkirkpatrick@citizen.org
lbateman@citizen.org
1600 20th Street NW
Washington, DC 20009
(202) 588-7714

*Counsel for Plaintiffs*